# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| BONNIE LANNETT CLARK, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *    No. 4:13CV00632-SWW-JJV |
| CAROLYN W. COLVIN, Acting | * |
| Commissioner, Social Security | * |
| Administration | * |
| Defendant. | * |

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Joe J. Volpe. After careful review of those Findings and Recommendations, and the timely objections received thereto, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

The Commissioner's decision is AFFIRMED and Ms. Clark's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 14th day of January, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE