# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| BONNIE LANNETT CLARK, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *     No. 4:13CV00632-SWW-JJV |
| CAROLYN W. COLVIN, Acting | * |
| Commissioner, Social Security | * |
| Administration | * |
| Defendant. | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 14th day of January, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE